UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISBIGEDY BAUTISTA GONZALEZ, *et al.*,
Plaintiffs,

-v-

RUBEN C. DARRYL, *et al.*,
Defendants.

25-CV-2353 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiffs Chrisbigedy Bautista Gonzalez and Hilario DeJesus Almonte Reyes are hereby ordered to provide to defense counsel on or before July 28, 2026 the last known address, phone number, and email of Raul Rosa in their possession as of July 14, 2026 at 12:00 p.m.

SO ORDERED.

Dated: July 14, 2026
New York, New York

J. PAUL OETKEN
United States District Judge